# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 5, 2013

Clerk
United States Court of Appeals
   for the Seventh Circuit
219 South Dearborn Street
Chicago, Illinois  60604

     Re:  Sears, Roebuck and Company
           v. Larry Butler, et al., Individually and on Behalf of All Others
           Similarly Situated
           No. 12-1067  (Your docket Nos. 11-8029, 11-8030)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion cited in the judgment by visiting our website @www.supremecourt.gov.

                              Sincerely,

                              WILLIAM K. SUTER, Clerk

                              By  *Elizabeth Brown*

                              Elizabeth Brown
                              Judgments/Mandates Clerk

Enc.
cc:    Stephen Shapiro, Esq.                      Samuel Issacharoff, Esq.
        Deborah J. La Fetra, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 5, 2013

Mr. Stephen Shapiro
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

    Re:  Sears, Roebuck and Company
          v. Larry Butler, et al., Individually and on Behalf of All Others
          Similarly Situated
          No. 12-1067

Dear Mr. Shapiro:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Seventh Circuit.

    The petitioners are given recovery of costs in this Court as follows:

        **Clerk's costs:**    $300.00

    This amount may be collected from the respondents.

                                                  Sincerely,

                                                  WILLIAM K. SUTER, Clerk

                                                  By *Elizabeth Brown*

                                                  Elizabeth Brown
                                                  Judgments/Mandates Clerk

cc:    Samuel Issacharoff, Esq.                                 Deborah J. La Fetra, Esq.
       Clerk, USCA for Seventh Circuit
          (Your docket Nos. 11-8029, 12-8030)

# Supreme Court of the United States

*No.* 12-1067

**SEARS, ROEBUCK AND COMPANY,**

Petitioner

v.

**LARRY BUTLER, ET AL., INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Seventh Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted.  The judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of *Comcast Corp.* v. *Behrend,* 569 U.S. ___ (2013).

**IT IS FURTHER ORDERED** that the petitioner Sears, Roebuck and Company recover from Larry Butler, et al., Individually and on Behalf of All Others Similarly Situated Three Hundred Dollars ($300.00) for costs herein expended.

June 3, 2013

**Clerk's costs:**         $300.00

