# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## CIRCUIT RULE 54 NOTICE

July 8, 2013

| No.: 11-8029 | In Re:<br>SEARS, ROEBUCK & COMPANY,<br>　Petitioner |
|---|---|
| No.: 12-8030 | IN RE:<br>　LARRY BUTLER, individually and on behalf of all others similarly situated, et al.,<br>　Petitioners |
| **Originating Case Information:** ||
| District Court No: 1:06-cv-07023<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman ||
| **Originating Case Information:** ||
| District Court No: 1:07-cv-00412<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman ||
| **Originating Case Information:** ||
| District Court No: 1:08-cv-01832<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman ||
| **Originating Case Information:** ||
| District Court No: 1:06-cv-07023<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman<br>Clerk/Agency Rep Thomas G. Bruton ||

**Originating Case Information:**

| District Court No: 1:07-cv-00412 |
| --- |
| Northern District of Illinois, Eastern Division |
| District Judge Sharon Johnson Coleman |
| Clerk/Agency Rep Thomas G. Bruton |

| **Originating Case Information:** |
| --- |
| District Court No: 1:08-cv-01832 |
| Northern District of Illinois, Eastern Division |
| District Judge Sharon Johnson Coleman |
| Clerk/Agency Rep Thomas G. Bruton |

The Supreme Court has remanded this case to this Court for further proceedings. Circuit Rule 54 requires that counsel for the parties, within twenty-one (21) days after the issuance of a certified copy of the Supreme Court's judgment, file statements of their position as to the action which ought to be taken by this Court on remand.

The Supreme Court issued a certified copy of its judgment on July 3, 2013. Your statement, which should be entitled "Circuit Rule 54 Statement", shall be filed with this Court by July 29, 2013.